UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARL LOUIS ALLEN, | CIVIL ACTION NO. 16-636 (MLC) |
| Plaintiff, | **O P I N I O N** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**THE PLAINTIFF** sought review of a determination by the Social Security Administration. (See dkt. 1.) In an order entered July 8, 2016, the Court set forth a schedule pursuant to Local Civil Rule 9.1 for the prosecution of this appeal, and directed that the failure to timely file documents would result in the appeal being dismissed. (See dkt. 10.) The plaintiff has failed to serve and file the required statement of contentions or the required brief, even though the time to do so has elapsed.

**THEREFORE**, the Court intends to dismiss the complaint for lack of prosecution pursuant to Local Civil Rule 9.1 and Federal Rule of Civil Procedure 41(b). For good cause appearing, the Court will issue an appropriate order and judgment.

_____
JOSE L. LINARES
United States District Judge

Dated: October 4, 2016